# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MICHAEL EDWARD BROWN                                      PLAINTIFF

v.                         3:19CV00249-JM-JTK

STEVE ROREX, et al.                                              DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

The Court certifies that an <u>in</u> <u>forma</u> <u>pauperis</u> appeal from this Judgment and accompanying Order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 22nd day of November, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE